JOHN H. HILLIKER, Respondent, v. EMILY RUEGER and Another, Individually and as Surviving Executrices, etc., Appellants.— Motion granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ. Order to be settled before the presiding justice.

In the Matter of the Voluntary Judicial Settlement, etc., of CHARLES H. ENOS, as Administrator, etc.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

PAUL W. F. LINDNER, Appellant, v. FELIX REIFSCHNEIDER, JR., Respondent.— Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

CATHERINE S. McKENNA, Appellant, v. ISABELLE LEVY, Respondent.— Motion granted and order signed. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

WILLIAM MORRISEY, Appellant, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Putnam, Blackmar and Kelly, JJ.; Mills, J., not voting.

BERNHARD C. MORENZ, Respondent, v. MARY A. MORENZ, Appellant.— Motion to open default granted and motion set down for hearing on the merits on Friday, May 24, 1918. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

JOSEPH NEUSTADT, Respondent, v. JAMAICA ESTATES and Others, Defendants, Impleaded with EDWARD E. DEAN and Others, Appellants.— Motion denied. Present — Mills, Putnam, Blackmar and Kelly, JJ.; Jenks, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY HIRSCHBERG, as District Attorney of Orange County, Respondent, v. ALBERT H. F. SEEGER, Individually and as County Judge, etc., and Another, Defendants. SARAH L. HAWKS, Appellant.— Motion granted so far as it applies for a vacation of the stay, inasmuch as we consider the stay was in contravention of the order made by this court. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ. Order to be settled before the presiding justice.

NATHAN A. SEAGLE, as Executor, etc., Respondent, v. JOHN D. BARRETO, Appellant.— Motion denied. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JULIUS STANULEVICH, Respondent, v. ST. LAWRENCE LIFE ASSOCIATION, Appellant.— Motion granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ. Order to be settled before the presiding justice.